1 Michael K. Perkins, SBN 172560
E-Mail: mperkins@employerlawyers.com
2 FINE, BOGGS & PERKINS LLP
80 Stone Pine Road, Suite 210
3 Half Moon Bay, California 92614
Telephone (650) 712-8908
4 Facsimile (650) 712-1712

5 Attorneys for Defendants
LITHIA MOTORS, INC. AND
6 LITHIA TOYOTA, LITHIA
MOTORS SUPPORT SERVICES,
7 LITHIA TOYOTA/SCION
OF REDDING, COREY KERSTEN
8 and GARY RUEBER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOSEPH D. ATCHLEY IV, | Case No. 2:15-cv-00099-JAM-CMK |
|---|---|
| Plaintiff, vs. | **ORDER GRANTING JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT [LESS THAN 30 DAYS]** |
| LITHIA MOTORS, INC. AND LITHIA TOYOTA, LITHIA MOTORS SUPPORT SERVICES, LITHIA TOYOTA/SCION OF REDDING, COREY KERSTEN, GARY RUEBER and DOES 1 through 100, Inclusive, | |
| Defendants. | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH D. ATCHLEY IV,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>LITHIA MOTORS, INC. AND LITHIA TOYOTA, LITHIA MOTORS SUPPORT SERVICES, LITHIA TOYOTA/SCION OF REDDING, COREY KERSTEN, GARY RUEBER and DOES 1 through 100, Inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:15-cv-00099-JAM-CMK<br><br>**ORDER GRANTING JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT [LESS THAN 30 DAYS]** |

Pursuant to the Parties Stipulation to Extend Time for Defendants to Answer or Otherwise Plead to Plaintiff's Complaint, and good cause having been shown,

**IT IS ORDERED THAT:**

The request of the parties has been granted and Defendants LITHIA MOTORS, INC. AND LITHIA TOYOTA, ET AL., have up to and including March 30, 2015 in which to answer or otherwise plead to Plaintiff's Complaint.

Date: 3/11/2015

　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　United States District Court Judge