Michael K. Perkins, SBN 172560
E-Mail: mperkins@employerlawyers.com
FINE, BOGGS & PERKINS LLP
80 Stone Pine Road, Suite 210
Half Moon Bay, California 92614
Telephone (650) 712-8908
Facsimile (650) 712-1712

Attorneys for Defendants
LITHIA MOTORS, INC. AND LITHIA TOYOTA, LITHIA MOTORS SUPPORT SERVICES, LITHIA TOYOTA/SCION OF REDDING, COREY KERSTEN and GARY RUEBER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH D. ATCHLEY IV,<br><br>　　　　　　Plaintiff,<br>　vs.<br>LITHIA MOTORS, INC. AND LITHIA TOYOTA, LITHIA MOTORS SUPPORT SERVICES, LITHIA TOYOTA/SCION OF REDDING, COREY KERSTEN, GARY RUEBER and DOES 1 through 100, Inclusive,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-00099-JAM-CMK<br><br>**ORDER GRANTING JOINT STIPULATION FOR BINDING ARBITRATION** |

---

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR BINDING ARBITRATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH D. ATCHLEY IV,<br><br>                Plaintiff,<br>vs.<br><br>LITHIA MOTORS, INC. AND LITHIA TOYOTA, LITHIA MOTORS SUPPORT SERVICES, LITHIA TOYOTA/SCION OF REDDING, COREY KERSTEN, GARY RUEBER and DOES 1 through 100, Inclusive,<br><br>                Defendants. | Case No. 2:15-cv-00099-JAM-CMK<br><br>**ORDER GRANTING JOINT STIPULATION FOR BINDING ARBITRATION** |

Pursuant to the Parties' Stipulation for Binding Arbitration, and good cause having been shown,

**IT IS ORDERED THAT:**

    1.    The parties' disputes among each other shall be submitted to and resolved through binding arbitration according to the terms of the parties' written arbitration agreements;

    2.    The arbitration shall comply with the requirements of <u>Armendariz v. Foundation Health Psychcare Servs., Inc.</u> ((2000) 24 Cal. 4th 83), including the payment by the employer of arbitration fees and costs that are unique to the arbitration forum; and,

    3.    The case in Federal Court shall be stayed pending the completion of all arbitration proceedings.

Date: 3/30/2015                /s/ John A. Mendez_____

                                  HON. JUDGE JOHN A. MENDEZ