CHRISTOPHER H. WHELAN, INC.
Christopher H. Whelan (SBN 80823)
11246 Gold Express Drive, Suite 100
Gold River, California 95670
Telephone:     (916) 635-5577
Facsimile:     (916) 635-9159

Attorneys for Plaintiff,
JOSEPH D. ATCHLEY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH D. ATCHLEY IV, <br><br> Plaintiff, <br><br> v. <br><br> LITHIA MOTORS, INC. AND LITHIA TOYOTA, LITHIA MOTORS SUPPORT SERVICES, LITHIA TOYOTA/SCION OF REDDING, COREY KERSTEN, GARY RUEBER and DOES 1 through 100, Inclusive, <br><br> Defendants. | Case No: 2:15-cv-00099-JAM-CMK <br><br> **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER THEREON** <br><br> Complaint Filed:     January 14, 2015 |

Plaintiff and Defendants, by and through their respective attorneys of record, hereby stipulate to dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

Dates: September 23, 2015                              Fine Boggs & Perkins LLP
      `

                                                       By: /S/ Michael Perkins

                                                       Michael Perkins, Esq.
                                                       Attorneys for Defendants
                                                       Lithia Motors, Inc., Lithia Toyota, Lithia
                                                       Motors Support Services, Lithia Toyota/Scion
                                                       of Redding, and Gary Rueber

1

Dated: September 24, 2015                    PERKINS, MANN &EVERETT INC.,


By: /S/ Jerry H. Mann
Jerry H. Mann, Esq.
Attorneys for Defendant Corey Kersten



Dated: September 23, 2015                    Christopher H. Whelan, Inc.

By: /S/ Christopher H. Whelan

Christopher H. Whelan, Esq.
Attorneys for Plaintiff JOSEPH D. ATCHLEY

**ORDER**

Based on the foregoing stipulation and otherwise finding good cause therefore, IT IS HEREBY ORDERED that this entire action be dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

Dated:  September 28, 2015

 /s/ John A. Mendez
United States District Court Magistrate Judge